**John B. WESTOVER, Petitioner,**

v.

**DEPARTMENT OF AGRICULTURE, Respondent.**

**No. 2006–3062.**

United States Court of Appeals, Federal Circuit.

June 27, 2007.

John B. Westover, pro se.

*ORDER*

Upon consideration of John B. Westover's motion to voluntarily dismiss his petition for review,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.